299 So.2d 780

**James M. TRINKLER, alias,**

**v.**

**STATE.**

**3 Div. 125 to 127.**

Court of Criminal Appeals of Alabama.

March 19, 1974.

Rehearing Denied April 9, 1974.

Robert Eugene Smith, Towson, Md., and D. Freeman Hutton, Atlanta, Ga., for appellant.

William J. Baxley, Atty. Gen., for the State.

CATES, Presiding Judge.

For prior opinion see Trinkler v. State, 49 Ala.App. 753, 272 So.2d 282.

Upon remandment by the Supreme Court of the United States, October 23, 1973, 414 U.S. 955, 94 S.Ct. 265, 38 L.Ed.2d 207, we have reconsidered the offending material and conclude that the judgment below is due to be

Affirmed.

All the Judges concur.